**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| MUHAMMAD CHOUDHARY,     ) | |
|  )  | |
| Plaintiff,     ) | **Civil Action No. 1:20-cv-01035-JKB** |
|  )  | |
| v.     ) | |
|  )  | **NOTICE OF SETTLEMENT** |
| RADIUS GLOBAL SOLUTIONS, LLC,   ) | |
|  )  | |
| Defendant.     ) | |
|  )  | |

**NOTICE IS HEREBY GIVEN** that Plaintiff MUHAMMAD CHOUDHARY ("Plaintiff") and Defendant Radius Global Solutions, LLC ("Defendant") have reached settlement in the above-captioned matter. Plaintiff anticipates filing a Voluntary Dismissal within thirty (30) days after the parties have finalized the settlement documents. Pending the filing of a Voluntary Dismissal, Plaintiff respectfully requests this honorable Court vacate all deadlines.

RESPECTUFLLY SUBMITTED,

Dated: June 3, 2020

*/s/ James A. Sellers*
James A. Sellers, II
*Pro Hac Vice*
Oregon Bar # 184404
*Attorney for Plaintiff Muhammad Choudhary*
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
Tel: (657) 363-4699
Fax: (657) 363-6611
Email: jamess@jlohman.com

*/s/ Anitra Ash-Shakoor*
Anitra Ash-Shakoor
(Fed. Bar No. 18701)

- 1 -

NOTICE OF SETTLEMENT

*Attorney for Plaintiff Muhammad Choudhary*
CAPITAL JUSTICE ATTORNEYS, LLP
1325 G Street NW, Suite 500
Washington, DC 20005
Phone: (202) 465-0888
Fax: (202) 827-0089
Email: a.ashshakoor@capitaljustice.com

## CERTIFICATE OF SERVICE

  I hereby certify that on June 3, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was served via e-mail, with permission, on:

Allison Cannizaro
SESSIONS FISHMAN NATHAN & ISRAEL
3850 N. Causeway Blvd, Suite 200
Metairie, LA 70002
T: 504.846.7945
E: acannizaro@sessions.legal
*Attorney for Defendant*

               */s/ James A. Sellers*
               James A. Sellers, II
               *Pro Hac Vice*
               Oregon Bar # 184404
               *Attorney for Plaintiff Muhammad Choudhary*
               The Law Offices of Jeffrey Lohman, P.C.
               28544 Old Town Front Street, Suite 201
               Temecula, CA 92590
               Tel: (657) 363-4699
               Fax: (657) 363-6611
               Email: jamess@jlohman.com