UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

MUHAMMAD CHOUDHARY,

    Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS, LLC,

    Defendant.

Civil Action No. 1:20-cv-01035-JKB

NOTICE VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN** that Plaintiff MUHAMMAD CHOUDHARY ("Plaintiff"), through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the above action WITH PREJUDICE against Defendant RADIUS GLOBAL SOLUTIONS, LLC ("Defendant").

RESPECTUFLLY SUBMITTED,

Dated: July 13, 2020

*/s/ James A. Sellers*
James A. Sellers, II
*Pro Hac Vice*
Oregon Bar # 184404
*Attorney for Plaintiff Muhammad Choudhary*
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front Street, Suite 201
Temecula, CA 92590
Tel: (657) 363-4699
Fax: (657) 363-6611
Email: jamess@jlohman.com

*/s/ Anitra Ash-Shakoor*
Anitra Ash-Shakoor
(Fed. Bar No. 18701)
*Attorney for Plaintiff Muhammad Choudhary*
CAPITAL JUSTICE ATTORNEYS, LLP

1325 G Street NW, Suite 500
Washington, DC 20005
Phone: (202) 465-0888
Fax: (202) 827-0089
Email: a.ashshakoor@capitaljustice.com

NOTICE OF VOLUNTARY DISMISSAL

# CERTIFICATE OF SERVICE

      I hereby certify that on July 13, 2020, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was served via e-mail, with permission, on:

Allison Cannizaro
SESSIONS FISHMAN NATHAN & ISRAEL
3850 N. Causeway Blvd, Suite 200
Metairie, LA 70002
T: 504.846.7945
E: acannizaro@sessions.legal
*Attorney for Defendant*

          */s/ James A. Sellers*
          James A. Sellers, II
          *Pro Hac Vice*
          Oregon Bar # 184404
          *Attorney for Plaintiff Muhammad Choudhary*
          The Law Offices of Jeffrey Lohman, P.C.
          28544 Old Town Front Street, Suite 201
          Temecula, CA 92590
          Tel: (657) 363-4699
          Fax: (657) 363-6611
          Email: jamess@jlohman.com