IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **MUHAMMAD CHOUDHARY** | * | |
| Plaintiff | * | CIVIL NO.  JKB-20-1035 |
| v. | * | |
| **RADIUS GLOBAL SOLUTIONS, LLC** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

In light of the Notice of Voluntary Dismissal filed on July 13, 2020, (ECF No. 6), with the dismissal with prejudice accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 13th day of July, 2020.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge